THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.)

Action by Bertha Thompson against Edward Thompson.

PER CURIAM. Judgment reversed, and judgment directed dismissing the complaint. There is no evidence establishing any of the causes for which an action for separation may be maintained. Plaintiff may insist upon the defendant supporting her, and, if he neglects or refuses to do so, she may maintain another action. The evidence is that up to the time of the commencement of this action he contributed to her support in a sum which was mutually satisfactory.